AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the Northern District of Georgia

FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 16 2025

Kevin P. Weimer, Clerk
By _____ Deputy Clerk

UNITED STATES OF AMERICA
v.
SCOTT BAGLEY
    Defendant.

CASE NO. 1:25-mj-1098

Charging District's Case No. 1:25-mj-289

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER || MAGISTRATE JUDGE CASE NUMBER ||
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  |  | 1:25-mj-1098 | 1:25-mj-289 |

**CHARGES AGAINST THE DEFENDNAT ARE BASED UPON AN**
◯ Indictment     ◯ Information     x Complaint     ◯ Other (specify)
Charging a violation of 18 U.S.C. § 1344 and 1349

**DISTRICT OF OFFENSE:**
District of Maine

**DESCRIPTION OF CHARGES:**

Conspiracy to Commit Bank Fraud

**CURRENT BOND STATUS:**
◯ Bail fixed at _____ and conditions were not met
◯ Government moved for detention and defendant detained after hearing in District of Arrest
x Government moved for detention and defendant detained pending detention hearing in District of Offense
◯ Other (specify)

Representation:    ◯ Retained Own Counsel    x Federal Defender Organization    ◯ CJA    ◯ None
Interpreter Required?    x No.    ◯ Yes.    Language:

**NORTHERN DISTRICT OF GEORGIA**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above-named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District of to some other officer authorized to receive the defendant.

__10/16/2025__
Date

_____
Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |